IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| BRYANT KENON | ) | Plaintiff, |
| | ) | |
| v. | ) | Civil Action No.: 3:23-cv-718 |
| | ) | |
| THOMAS DERVIS LEVELLE, and | ) | |
| And | ) | |
| HAREY SMITH, JR. | ) | Defendant. |
| And | ) | |
| JOHN DOE | ) | |

## NOTICE OF REMOVAL

COMES NOW Defendants Thomas Dervis Levelle and Harey Smith, Jr., by counsel, pursuant to 28 U.S.C. §1332 and 1441 et. seq. and state for his grounds for removal as follows:

1. Plaintiff in this matter, Bryan Kenon, was at all times relevant to this cause of action and at the time of filing and any attempted service a citizen of the Commonwealth of Virginia. Plaintiff is still a citizen of the Commonwealth of Virginia.

2. Plaintiff incorrectly listed the driver of the 2005 Volvo Semi-Truck as Thomas Dervis Levelle.   This individual is actually Perdis Levelle Thomas. Mr. Thomas is a citizen and resident of the state of North Carolina, was at all times relevant to this cause of action and at the time of filing and any attempted service was a citizen of the state of North Carolina. Perdis Levelle Thomas is not a citizen of the Commonwealth of Virginia for the purposes of diversity jurisdiction.

3. Defendant Harey Smith Jr.'s name is actually spelled Harry Smith, Jr.  Mr. Smith is a citizen and resident of the state of North Carolina, was at all times relevant to this cause of action and at the time of filing and any attempted service was a citizen of the state of North

Carolina. Harry Smith, Jr. is not a citizen of the Commonwealth of Virginia for the purposes of diversity jurisdiction.

4. Mr. Smith owned the truck. There is no John Doe.

5. This lawsuit was filed in Spotsylvania County Circuit Court and has a case number of CL22-3517. This lawsuit was filed on October 31, 2022. A copy of the Complaint is attached hereto as Exhibit A and will be filed separately. Defendants have been aware of the lawsuit for less than 30 days.

6. Defendants have filed an Answer in state court and a copy of the Answer is attached hereto as Exhibit B and will also be filed separately. Both Defendants have known about this lawsuit for less than thirty days.

7. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, Plaintiff's *ad damnum* being the sum of One Hundred Thousand Dollars and Zero Cents ($100,000.00) plus costs and interest. Defendants demand trial by jury.

8. This Court has jurisdiction over this action by reason of the amount in controversy and diversity of the parties under 28 U.S.C. §§1332, 1441 and 1446.

9. Venue is proper in the Eastern District of Virginia, Richmond Division, as this matter arises out of an automobile accident that occurred in Spotsylvania County, Virginia and the Plaintiff filed the lawsuit in the Circuit Court for Spotsylvania County, Virginia.

10. The Civil Cover Sheet is attached hereto as Exhibit C.

11. All Defendants are diverse from Plaintiff.

12. Defendants consent to the removal of this action.

WHEREFORE, Defendants Thomas Dervis Levelle (Perdis Levelle Thomas) and Harey Smith, Jr. (Harry Smith, Jr.), by counsel, respectfully request that this Court accept jurisdiction of this cause of action from the Spotsylvania County Circuit Court.

THOMAS DERVIS LEVELLE<br>
And<br>
HAREY SMITH, Jr.<br>
By Counsel

_____/s/_____, p.d.
Wm. Tyler Shands, Esquire
VSB No.: 25997
Carter T. Keeney, Esquire
VSB No.: 82275
Carter & Shands, P.C.
9030 Stony Point Parkway, Suite 530
Richmond, Virginia 23235
Telephone: (804) 747-7470
Facsimile: (804) 747-7977
wshands@carterandshands.com
ckeeney@carterandshands.com
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 30th day of October, 2022, I will email the foregoing to counsel listed below and I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Stephen P. Pierce, Esquire
VSB # 84999
4010 University Drive, Second Floor
Fairfax, Virginia 22030
Telephone: 703.277.9763
Facsimile:  703.591.21249
SPierce@SurivekkFirm.com
*Counsel for Plaintiff*

_____/S/_____, p.d.
Wm. Tyler Shands, Esquire
VSB No.: 25997
Carter T. Keeney, Esquire
VSB No.: 82275
Carter & Shands, P.C.
9030 Stony Point Parkway, Suite 530
Richmond, Virginia 23235
Telephone: (804) 747-7470
Facsimile: (804) 747-7977
wshands@carterandshands.com
ckeeney@carterandshands.com
*Counsel for Defendants*

3